**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| | |
|---|---|
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

   ☐ Diversity

   ☐ Federal Question

   ☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   ☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
   - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer

    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    Other Causes of Action:
    Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____

 

**Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 3, 2025

                                                   Respectfully Submitted,

                                                   */s/ Devin Bolton*
                                                   Devin Bolton
                                                   WEITZ & LUXENBERG, PC
                                                   1880 Century Park E, STE 700
                                                   Los Angeles, CA 90067
                                                   Tel: (212) 558-5552
                                                   dbolton@weitzlux.com

                                                   *Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Gutierrez, Marina o/b/o Gutierrez, Raymond | 9/3/1952 | Colorado | Colorado: Denver Division (D. Colo.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 2. | Gutierrez, Marina |  | Colorado | Colorado: Denver Division (D. Colo.) | No | No | No | Loss of Consortium | XI |
| 3. | Hall, Alice o/b/o Hall, Donald | 7/6/1938 | West Virginia | Southern District of West Virginia: Charleston Division (S.D. W.Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 4. | Hall, Alice |  | West Virginia | Southern District of West Virginia: Charleston Division (S.D. W.Va.) | No | No | No | Loss of Consortium | XI |
| 5. | Hall, Carol o/b/o Hall, Jerry P | 9/20/1951 | Alabama | Northern District of Alabama: Northwestern Division (N.D. Ala.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 6. | Hall, Carol |  | Alabama | Northern District of Alabama: Northwestern Division (N.D. Ala.) | No | No | No | Loss of Consortium | XI |
| 7. | Hammer, Susan o/b/o Hammer, Scott | 9/1/1957 | Iowa | Southern District of Iowa: Western Division (S.D. Iowa) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 8. | Hammer, Susan |  | Iowa | Southern District of Iowa: Western | No | No | No | Loss of Consortium | XI |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (S.D. Iowa) | | | | | |
| 9. | Harrah, Terri o/b/o Harrah, George | 11/29/1957 | West Virginia | Southern District of West Virginia: Charleston Division (S.D. W.Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 10. | Harrah, Terri | | West Virginia | Southern District of West Virginia: Charleston Division (S.D. W.Va.) | No | No | No | Loss of Consortium | XI |
| 11. | Harvey, Sherry o/b/o Hernandez, Francisco | 10/25/1965 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 12. | Harvey, Sherry | | California | Central District of California: Western Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 13. | Haynie, Sheradee o/b/o Haynie, Daniel | 11/10/1973 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 14. | Haynie, Sheradee | | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 15. | Henderson, Cara o/b/o Henderson, Mark | 4/8/1962 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 16. | Henderson, Cara | | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Hernandez, Gabrielle o/b/o Hernandez, Michael | 10/12/1991 | Oregon | Oregon: Eugene Division (D. Ore.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 18. | Hernandez, Gabrielle | | Oregon | Oregon: Eugene Division (D. Ore.) | No | No | No | Loss of Consortium | XI |
| 19. | Higgins, Susan o/b/o Higgins, Roy | 9/5/1946 | South Carolina | South Carolina: Florence Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 20. | Higgins, Susan | | South Carolina | South Carolina: Florence Division (D.S.C.) | No | No | No | Loss of Consortium | XI |
| 21. | Hineman-Welsh, Cheri o/b/o Welsh, Travis | 7/3/1972 | Georgia | Southern District of Georgia: Brunswick Division (S.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 22. | Hineman-Welsh, Cheri | | Georgia | Southern District of Georgia: Brunswick Division (S.D. Ga.) | No | No | No | Loss of Consortium | XI |
| 23. | Hootman, Sandra o/b/o Hootman, Richard | 6/14/1947 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 24. | Hootman, Sandra | | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 25. | Houghtaylen, Cathleen o/b/o Houghtaylen Jr., Gerald | 11/1/1950 | California | Northern District of California: San Francisco Division (N.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 26. | Houghtaylen, Cathleen | | California | Northern District of California: San Francisco Division (N.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 27. | Houser, Lenora o/b/o Houser, George | 9/14/1933 | Oregon | Oregon: Eugene Division (D. Ore.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 28. | Houser, Lenora | | Oregon | Oregon: Eugene Division (D. Ore.) | No | No | No | Loss of Consortium | XI |
| 29. | Hudnott, Shirley o/b/o Hudnott, Gary | 6/22/1962 | Texas | Southern District of Texas: Houston Division (S.D. Tex.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 30. | Hudnott, Shirley | | Texas | Southern District of Texas: Houston Division (S.D. Tex.) | No | No | No | Loss of Consortium | XI |
| 31. | Hunter, Jocelyn o/b/o Hunter, Keith | 2/18/1966 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 32. | Hunter, Jocelyn | | California | Central District of California: Western Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 33. | Huntington, Jim o/b/o Huntington, Cathy | 11/24/1954 | South Carolina | South Carolina: Florence Division (D.S.C.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 34. | Huntington, Jim | | South Carolina | South Carolina: Florence Division (D.S.C.) | No | No | No | Loss of Consortium | XI |
| 35. | Hutchins, Donna o/b/o Hutchins, Steve R | 5/21/1953 | Tennessee | Eastern District of Tennessee: Northeastern Division (E.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 36. | Hutchins, Donna | | Tennessee | Eastern District of Tennessee: Northeastern Division (E.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 37. | Jackson, Tom o/b/o jackson, Barbara | 6/14/1953 | Tennessee | Western District of Tennessee: Eastern Division (W.D. Tenn.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 38. | Jackson, Tom | | Tennessee | Western District of Tennessee: Eastern | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (W.D. Tenn.) | | | | | |
| 39. | Jaeger, Paige o/b/o Jaeger, Kurt | 4/22/1954 | Florida | Middle District of Florida: Jacksonville Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 40. | Jaeger, Paige | | Florida | Middle District of Florida: Jacksonville Division (M.D. Fla.) | No | No | No | Loss of Consortium | XI |
| 41. | Jindra, William o/b/o Jindra, Suzan | 11/23/1947 | Georgia | Northern District of Georgia: Newnan Division (N.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 42. | Jindra, William | | Georgia | Northern District of Georgia: Newnan Division (N.D. Ga.) | No | No | No | Loss of Consortium | XI |
| 43. | Johnson, Joseph o/b/o Johnson, Margaret | 6/22/1959 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 44. | Johnson, Joseph | | Texas | Southern District of Texas (S.D. Tex.) | No | No | No | Loss of Consortium | XI |
| 45. | Johnson, Sharon o/b/o Johnson, Wayne | 3/21/1954 | Louisiana | Eastern District of Louisiana (E.D. La.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 46. | Johnson, Sharon | | Louisiana | Eastern District of Louisiana (E.D. La.) | No | No | No | Loss of Consortium | XI |
| 47. | Jones, Cindy o/b/o Steelman, Curtis | 4/11/1957 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 48. | Jones, Cindy | | Washington | Western District of Washington (W.D. Wash.) | No | No | No | Loss of Consortium | XI |
| 49. | Jordan, Roni o/b/o Jordan, Harris | 11/12/1948 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 50. | Jordan, Roni | | Massachusetts | Massachusetts (D. Mass.) | No | No | No | Loss of Consortium | XI |
| 51. | Kay, Tracey o/b/o Kay, Richard | 8/23/1963 | Texas | Southern District of Texas: Houston Division (S.D. Tex.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 52. | Kay, Tracey | | Texas | Southern District of Texas: Houston Division (S.D. Tex.) | No | No | No | Loss of Consortium | XI |
| 53. | Kizirian, Rosemarie o/b/o Kizirian, John | 2/16/1929 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 54. | Kizirian, Rosemarie | | California | Central District of California: Western Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 55. | LaRose, Darlene o/b/o LaRose, Russell | 7/3/1956 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 56. | LaRose, Darlene | | New York | Northern District of New York (N.D.N.Y) | No | No | No | Loss of Consortium | XI |
| 57. | Lehmann, Loretta o/b/o Lehmann, Richard | 12/21/1953 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 58. | Lehmann, Loretta | | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | No | No | Loss of Consortium | XI |
| 59. | Leiferman, Cynthia o/b/o Leiferman, Peter | 3/23/1953 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 60. | Leiferman, Cynthia | | California | Central District of California: Eastern Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 61. | Lemoi, Ginny o/b/o Fitzpatrick, Donald | 10/31/1941 | Arizona | Arizona: Prescott Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 62. | Lemoi, Ginny | | Arizona | Arizona: Prescott Division (D. Ariz.) | No | No | No | Loss of Consortium | XI |
| 63. | Leslie, Cheri o/b/o Leslie, Otto | 4/18/1956 | Illinois | Central District of Illinois (C.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 64. | Leslie, Cheri | | Illinois | Central District of Illinois (C.D. Ill.) | No | No | No | Loss of Consortium | XI |
| 65. | Long, Sandra o/b/o Long, Timothy | 6/1/1952 | Arizona | Arizona: Prescott Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 66. | Long, Sandra | | Arizona | Arizona: Prescott Division (D. Ariz.) | No | No | No | Loss of Consortium | XI |
| 67. | Loutherback, Evelyn o/b/o Loutherback, Robert | 8/14/1943 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 68. | Loutherback, Evelyn | | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 69. | Lydiate, Barbara o/b/o Lydiate, Eric | 2/23/1946 | Alabama | Middle District of Alabama: Northern Division (M.D. Ala.) | No | Yes | No | Kidney Cancer, Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 70. | Lydiate, Barbara | | Alabama | Middle District of Alabama: Northern Division (M.D. Ala.) | No | No | No | Loss of Consortium | XI |
| 71. | Mabb, Dolores o/b/o Mabb, Daniel | 11/6/1961 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 72. | Mabb, Dolores | | New York | Northern District of New York (N.D.N.Y) | No | No | No | Loss of Consortium | XI |
| 73. | Magee, Carmen o/b/o Gibson, Roger | 11/3/1957 | Louisiana | Eastern District of Louisiana (E.D. La.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 74. | Magee, Carmen | | Louisiana | Eastern District of Louisiana (E.D. La.) | No | No | No | Loss of Consortium | XI |
| 75. | Mark, Candace o/b/o Mark, Wayne | 6/26/1952 | Illinois | Southern District of Illinois: East St. Louis Division (S.D. Ill.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 76. | Mark, Candace | | Illinois | Southern District of Illinois: East St. Louis Division (S.D. Ill.) | No | No | No | Loss of Consortium | XI |
| 77. | Marks, Joyce o/b/o Marks Sr., Gary | 11/10/1952 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 78. | Marks, Joyce | | New Jersey | New Jersey: Camden Division (D.N.J.) | No | No | No | Loss of Consortium | XI |
| 79. | Mauser, Roberta o/b/o Mauser, Courtney | 2/9/1949 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 80. | Mauser, Roberta | | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 81. | McCarthy, Heather o/b/o McCarthy, Joseph | 2/18/1959 | New Hampshire | New Hampshire (D.N.H.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 82. | McCarthy, Heather | | New Hampshire | New Hampshire (D.N.H.) | No | No | No | Loss of Consortium | XI |
| 83. | McDaniel-Cole, Carolina o/b/o Cole, Crispen | 8/8/1954 | Arizona | Arizona: Prescott Division (D. Ariz.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 84. | McDaniel-Cole, Carolina | | Arizona | Arizona: Prescott Division (D. Ariz.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 85. | McLaughlin, Michael o/b/o McLaughlin, Sherilynn | 2/1/1950 | Texas | Northern District of Texas (N.D. Tex.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 86. | McLaughlin, Michael | | Texas | Northern District of Texas (N.D. Tex.) | No | No | No | Loss of Consortium | XI |
| 87. | McMillan, Bobbie o/b/o McMillan, Terry | 1/12/1956 | Alabama | Southern District of Alabama: Mobile Division (S.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 88. | McMillan, Bobbie | | Alabama | Southern District of Alabama: Mobile Division (S.D. Ala.) | No | No | No | Loss of Consortium | XI |
| 89. | Medcalf, Stacy o/b/o Medcalf, Larry | 5/1/1952 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 90. | Medcalf, Stacy | | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 91. | Medhurst, Ashley o/b/o Bombicino, Anthony | 6/6/1983 | New Hampshire | New Hampshire (D.N.H.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 92. | Medhurst, Ashley | | New Hampshire | New Hampshire (D.N.H.) | No | No | No | Loss of Consortium | XI |
| 93. | Metzger, Judith o/b/o Metzger, George | 12/30/1956 | Wisconsin | Eastern District of Wisconsin: Milwaukee Division (E.D. Wis.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 94. | Metzger, Judith | | Wisconsin | Eastern District of Wisconsin: Milwaukee Division (E.D. Wis.) | No | No | No | Loss of Consortium | XI |
| 95. | Meyers, Nancy o/b/o Meyers, Vincent E | 12/18/1965 | Ohio | Southern District of Ohio: Western | No | Yes | No | Liver Cancer, Other | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (S.D. Ohio) | | | | | |
| 96. | Meyers, Nancy | | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 97. | Milam, Mark o/b/o Milam, Maria | 3/17/1967 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 98. | Milam, Mark | | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 99. | Miller, Elizabeth o/b/o Miller, James | 9/16/1966 | Pennsylvania | Middle District of Pennsylvania (M.D. Pa.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 100. | Miller, Elizabeth | | Pennsylvania | Middle District of Pennsylvania (M.D. Pa.) | No | No | No | Loss of Consortium | XI |
| 101. | Miller, Joanna o/b/o Miller, Kim | 10/10/1956 | Arkansas | Eastern District of Arkansas: Northern Division (E.D. Ark.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 102. | Miller, Joanna | | Arkansas | Eastern District of Arkansas: Northern Division (E.D. Ark.) | No | No | No | Loss of Consortium | XI |
| 103. | Mills, Sonja o/b/o Mills, William | 8/21/1967 | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 104. | Mills, Sonja | | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 105. | Mitchell, Detrice o/b/o Mitchell, Rakeima | 7/21/1976 | Virginia | Eastern District of Virginia: Richmond Division (E.D. Va.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Mitchell, Detrice | | Virginia | Eastern District of Virginia: Richmond Division (E.D. Va.) | No | No | No | Loss of Consortium | XI |
| 107. | Modine, Laura-Ann o/b/o Modine, Miles | 1/2/1948 | Tennessee | Middle District of Tennessee: Columbia Division (M.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 108. | Modine, Laura-Ann | | Tennessee | Middle District of Tennessee: Columbia Division (M.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 109. | Moore, Connie o/b/o Moore, Steven | 6/2/1964 | Kentucky | Eastern District of Kentucky: Ashland Division (E.D. Ky.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 110. | Moore, Connie | | Kentucky | Eastern District of Kentucky: Ashland Division (E.D. Ky.) | No | No | No | Loss of Consortium | XI |
| 111. | Morgan, Christy o/b/o Hunt, Eugene | 11/26/1955 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 112. | Morgan, Christy | | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 113. | Naftzger, Lisa o/b/o Naftzger, Wayne a. | 9/25/1961 | Virginia | Eastern District of Virginia: Norfolk Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 114. | Naftzger, Lisa | | Virginia | Eastern District of Virginia: Norfolk Division (E.D. Va.) | No | No | No | Loss of Consortium | XI |
| 115. | Nazzaro, Lucia o/b/o Bui, Quoc | 5/24/1974 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 116. | Nazzaro, Lucia | | Connecticut | Connecticut (D. Conn.) | No | No | No | Loss of Consortium | XI |
| 117. | Newton, Mary o/b/o Newton, Douglas | 5/16/1952 | Vermont | Vermont (D. Vt.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 118. | Newton, Mary | | Vermont | Vermont (D. Vt.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 119. | Nichols, Debra o/b/o Nichols, William | 10/16/1948 | Oregon | Oregon: Eugene Division (D. Ore.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 120. | Nichols, Debra | | Oregon | Oregon: Eugene Division (D. Ore.) | No | No | No | Loss of Consortium | XI |
| 121. | Niemer, Tammy o/b/o Niemer, Philip | 6/9/1970 | Colorado | Colorado: Denver Division (D. Colo.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 122. | Niemer, Tammy | | Colorado | Colorado: Denver Division (D. Colo.) | No | No | No | Loss of Consortium | XI |
| 123. | Norwood, Melinda o/b/o Norwood, Standly | 9/17/1961 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 124. | Norwood, Melinda | | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | No | No | Loss of Consortium | XI |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |